Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles and Riverside criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.



FILED
CLERK, U.S. DISTRICT COURT
12/07/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>CR20-00603 JAK | |
| Jeanette Bernadette Paredez<br>USMS# _____  DEFENDANT | REPORT COMMENCING CRIMINAL ACTION | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 12/07/2020 ; 8:05 a.m   ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 1341 and 26 USC 7206(1)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1970

8. Defendant has retained counsel:  ☐ No
   ☒ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Emailed

10. Remarks (if any): N/A

11. Name: Jazmin Vidana   (please print)

12. Office Phone Number: 310-916-7984    13. Agency: FBI

14. Signature: /s/ Jazmin Vidana    15. Date: 12/07/2020

CR-64 (07/20)        REPORT COMMENCING CRIMINAL ACTION