*United States Probation & Pretrial Services*

United States District Court
Central District of California

Kiry K. Gray
District Court Executive / Clerk of Court



Michelle A. Carey
Chief Probation & Pretrial Services Officer

PACTS No: 7290793

**Passport Receipt**

```
FILED
CLERK, U.S. DISTRICT COURT
12/09/2020
CENTRAL DISTRICT OF CALIFORNIA
BY:     AP      DEPUTY
```

Defendant Name: Paredez, Jeanette Bernadette

Name on passport, if different:

Country of Origin: U.S.

Date passport issued: 9/12/2018

Expiration date of passport: 9/11/2028

Ordered by court in the Central District of California or Southern District of California

Docket Number: 2:20-CR-00603-JAK

| Randolph Melendez | 12/8/20 |
|---|---|
| Surrendered By | Date |

| Ashley Ross, USPO | 12/8/20 |
|---|---|
| Received By | Date |

| | |
|---|---|
| Returned To | Date |

| | |
|---|---|
| Returned By | Date |

Purpose Returned

Address (if mailed)