NICOLA T. HANNA
United States Attorney
JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office
NATASHA HANEY (Cal. Bar No. 331375)
Assistant United States Attorney
Riverside Branch Office
    3404 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6938
    Facsimile: (951) 276-6202
    E-mail:   natasha.haney@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 20-603-JAK |
|---|---|
| Plaintiff, | JOINT DISCOVERY STATEMENT |
| v. | |
| JEANETTE BERNARDETTE PAREDEZ, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Natasha Haney, and defendant Jeanette Bernardette Paredez, by and through her counsel of record, Randolph R. Melendez, hereby respectfully submit a joint discovery statement in the above-captioned case, as required by Part B of the Court's Initial Standing Order for Criminal Cases Assigned to Judge John A. Kronstadt.

    **A.   Status of Discovery**

    1.   On December 15, 2020, the government produced discovery, with bates range USAO_00000001-00091958, which includes reports, Facebook records, bank records, and bank statements.  If this matter

1 proceeds to trial, and to the extent additional discoverable
2 materials are obtained by the government, the government will produce
3 such materials to defendant in accordance with the government's
4 continuing discovery obligations, established law, and the Court's
5 order.

### B.   Discovery Disputes

6 
7   2.   Counsel for defendant is currently reviewing discovery
8 provided by the government.  There are no discovery disputes at this
9 time.  The parties reserve the right to raise discovery issues with
10 the Court if they arise at a later date.

### C.   Contemplated Motions

12   3.   As the case is still in its early stages and discovery was
13 just produced, the defense has not yet determined what pretrial
14 motions will be filed.  The government does not anticipate filing any
15 pretrial motions but reserves the right to file pretrial motions as
16 later deemed necessary.

### D.   Trial Date

18   4.   The parties intend to file a joint stipulation under the
19 Speedy Trial Act, 18 U.S.C. § 3161, to continue the trial to a date
20 to be determined.
21 ///
22 ///

**E.     Trial Length**

5.   The parties anticipate that the trial in this matter will last approximately two to three days.

Dated: December 16, 2020          Respectfully submitted,

NICOLA T. HANNA
United States Attorney

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

/s/
NATASHA HANEY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: 12/17/20

RANDOLPH R. MELENDEZ
Attorney for Defendant
JEANETTE BERNARDETTE PAREDEZ