# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LA CR20-00603 JAK | Date | July 15, 2021 |
|---|---|---|---|

| Present: The Honorable | JOHN A KRONSTADT, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| T. Jackson (video) | Lisa Gonzalez (video) | Benjamin Weir (video) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jeanette Bernardette Paredez (video) | √ | | √ | Randolph Melendez, Ret. (video) | √ | | √ |

**Proceedings:**   **SENTENCING**

Upon agreement of Defendant and counsel, the hearing is held by videoconference. Defendant, counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited.

The sentencing hearing is held. For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

IT IS SO ORDERED.

|  | : | 25 |
|---|---|---|
| Initials of Deputy Clerk | | TJ |

cc: BOP; USPO